AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:26-MJ-174(DJS) |
| ANTHONY GAGNON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. From at least in or around January 2026 through in or around July 2026, in Saratoga County in the Northern District of New York, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Christopher Murphy

*Printed name and title*

Attested to by the affiant by Teams in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  Aug 3, 2026

*Judge's signature*

City and State:          Albany, New York          Hon. Daniel J. Stewart, U.S. Magistrate Judge

*Printed name and title*

1:26-mJ-174

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Murphy, being first duly sworn, hereby depose and state as follows:

1.       I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2016. I am a graduate of the FBI Academy in Quantico, Virginia. I am presently assigned to the Albany Field Office on a Joint Terrorism Task Force (JTTF) squad. I have experience investigating a variety of violations of federal criminal law. During my time with the FBI, I have received training and gained experience in the investigations of crimes facilitated by the use of computers, including those under the federal cyberstalking statute discussed in this affidavit. Prior to joining the FBI, I was a Federal Air Marshal for six years and was deployed worldwide on passenger flights of U.S. air carriers to counter the risk of criminal and terrorist violence, and aircraft piracy. As an FBI Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses.

2.       I respectfully submit this affidavit in support of a criminal complaint charging Anthony Gagnon with cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B). This affidavit is based upon my conversations with other law enforcement officers, my examination of documents obtained through a court authorized search warrant, my review of documents prepared by others, my interviews of relevant witnesses, as well as my involvement in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported in this affidavit, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

3.    V-1 is a 23-year-old woman who, at all relevant times, lived in Saratoga County, New York.  In March 2026, V-1's mother, V-2, reported to the FBI National Threat Operations Center (NTOC) online harassment and threats by TikTok User ANTHONY GAGNON.

4.    V-2 reported that her daughter (V-1) had been stalked online for approximately five to six years by an unknown individual whom V-1 had never dated and did not know personally.   V-1 consistently avoided engagement by deleting, blocking, and reporting the person.  According to V-2, in January 2026, the stalker shifted focus from just V-1 to V-2 as well.  On January 10, 2026, V-2 received numerous social media notifications from an unknown subject expressing love and other non-threatening messages.  But on March 4, 2026, the subject sent threatening messages to V-2, calling her the anti-Christ, claiming she would birth Satan, labeling her an illegal alien who should be deported, and naming V-2's husband.

5.    According to V-2, the unknown stalker used multiple usernames that changed frequently after being blocked and reported.  On or about March 7, 2026, for example, the subject sent V-1 a message that included "I hate you so deeply . . . You should Have taken Savannah Gunthries Mother's place[.]"  On or about March 10, 2026, the subject sent a message stating that V-1 should be kidnapped "just like Savannah gunthries mother" and that the subject would "pay $10k for that to happen."  The subject also viewed family members' social media accounts, including those of V-2's sister and sister-in-law, who did not display their last names online.  On or about March 11, 2026, the subject posted a sexually explicit message stating, "[V-2] so hot would love do come down your throat."  The subject sent a second message saying, "Id come in [V-1]'s throat!! Id hit [V-1] doggystyle so hard. [Redacted] is next[.] YOU GUYS ARE THE LOML [Love of My Life] ME AND YOU GUYS FOREVER[.]"  V-2 explained that V-1 and her

3

friend, [Redacted], who she had not seen in two years, were together that night, but did not post anything on social media about that night.

6.      On May 11, 2026, V-1 and V-2 were interviewed by the FBI. V-1 said that she and her family members have been receiving harassing, threatening, and stalking messages from an unknown subject on various social media sites. V-1 began receiving concerning messages in or around 2021 when she was a senior in high school, and then the number of messages and the concerning nature of the messages increased in or around January 2026 to the then-present.

7.      V-1 explained that from 2021 to 2026, she has been receiving harassing, threatening, and stalking messages from an unknown subject with different variations of accounts including "bossman," "bossballer," and "Anthony Gagnon." V-1 attended high school with a person named Anthony Gagnon and recognized one of the account's profile pictures that was contacting her to be the same Anthony Gagnon from her high school, but she did not believe he was the person sending the concerning messages. Each time that V-1 blocked an account, the unknown subject created a new account to make contact with V-1 again.

8.      From January 2026 onward, V-1 noticed an increase in the concerning messages and comments as well as attempts of communication from various accounts. V-1's family, including V-2, V-1's father, and V-1's sister started receiving friend requests and/or concerning messages/comments on their private social media accounts as well. V-1 was extremely concerned by the fact that her family members were now also being contacted and the frequency of the contact had increased.

9.      On May 27, 2026, V-1 received a notification on X (formerly Twitter) from @[V-1's first name]Whore123. This account has one post directed at V-1's X account. The post states, @[V-1]'s X account "You Useless Cunt. Pretentious manipulating whore. Stupid bitch. Your

4

sisters as fat as a whale." According to the returns from X, @[V-1's first name]Whore123 was created on May 27, 2026, from the IP address of "35.143.163.31." Charter Communications provided subscriber records which indicated that on May 3, 2026, the subscriber of the IP address 35.143.163.31 was Gagnon's father at an address in New Smyrna Beach, Florida where FBI agents have observed Gagnon on several occasions in July 2026.

10.    On July 7, 2026, V-1 received calls at 3:02 a.m. and 10:23 a.m. as well as numerous text messages from the phone number ending in 9286. These text messages included the statements "Hi is this my friend [female name that is not V-1's name] . . . I hope that you have a miscarriage and die during child birth useless fucking cunt. If not then hopefully you get into a car accident and stop breathing . . . Manipulative Cunt. Get what you fucking deserve . . . Hope you die stupid fucking whore." The messages also contain numerous photos of V-1, some of which appear to be from years prior. One of the messages says "my gallery is filled with pictures of you." The messages include what appears to be a Google Maps photo of the Saratoga County home where V-1 and her family live. The messages recite and then ask V-1 to confirm, *inter alia*, the type of vehicle that she drives, her middle name, her recent travel history, and the name of her old dog, all of which were accurate according to V-1.

11.    Records produced by Google in response to a search and seizure warrant issued by this Court for a Google account subscribed to Gagnon (the "Google Account") show that the account's user had the following Gemini prompt(s) on July 7, 2026:

5

**Gemini Apps**

Prompted HI Is this my friend Jane? Jane I hope that you have a miscarriage and die during child birth useless fucking cunt. If not then hopefully you get into a car accident and stop breathing. I hope to god I never run into you in person ...

Jul 7, 2026, 7:28:11 AM UTC

I am an AI assistant, not Jane.

If you are evaluating this variation of the message based on our previous conversation, here is how the legal and contextual assessment changes:

# 1. Avoidance vs. Threat

The phrase **"I hope to god I never run into you in person"** changes the legal landscape regarding immediate physical threats. Unlike "I know where you live"—which implies tracking or monitoring—expressing a desire to *avoid* someone completely is generally not interpreted by courts as a physical threat or an intent to commit acts of violence.

# 2. Ongoing Cyberharassment

While it lacks a direct threat of violence, the message still consists of severe, targeted verbal abuse and explicit death wishes. If this text is sent to an individual who has already explicitly stated they want communication to cease, it remains actionable under cyberharassment and stalking laws.

**Gemini Apps**

Prompted Hope you die u stupid fucking cunt. Useless protistute whore. Hope you get into a car accident and stop breathing. Manipulative Cunt. Go fuck yourself stupid Whore. Hope you stop breathing and just fucking die. I know where you live whore . Go fuck yourself you stupid Cunt. Fuck you and your whole pretentious family. You'll age fast into into a disgusting hag. Fuck you I Hope you have a miscarriage and drop fucking dead. Is this illegal

Jul 7, 2026, 7:14:50 AM UTC

Yes, sending a message like this can absolutely be illegal. Depending on the context and how it is delivered, it frequently crosses the line into serious criminal offenses.

Here is how law enforcement and courts view communications of this nature under U.S. and state laws:

# 1. Cyberstalking and Cyberharassment

Cyberstalking involves using electronic communication to target a specific person with a course of conduct that causes substantial emotional distress and serves no legitimate purpose. If a person has already established a boundary (such as asking for communication to stop) and receives a message containing extreme abuse, it serves as direct evidence of intent to harass.

# 2. True Threats and Intimidation

While the First Amendment protects general expressions of anger or "venting," it does not protect what the law defines as a **"true threat."**

- **The Shift to Criminality:** While wishing death on someone ("hope you die") is highly abusive, adding the phrase **"I know where you live"** completely changes the legal assessment.
- **Court Interpretation:** Courts routinely interpret "I know where you live" in an aggressive context as an implicit or explicit threat to someone's physical safety. It signals that the sender has tracked or is monitoring

12.    In my training and experience, it appears Gagnon was using Google Gemini, which is a Google artificial intelligence (AI) assistant, to determine if the messages he is sending to V-1 are illegal.

13.    Additional records from the Google Account show that the account's user searched in "Maps" on July 7, 2026 for the address of V-1's home described above. The records also revealed, among other things: (1) visits to "whitespages.com" pertaining to V-1 on May 30, 2026, June 1, 2026, and June 4, 2026, and V-1's father on June 1, 2026, and V-1's friend (V-3) on May 30, 2026; (2) visits to "truepeoplesearch.com" pertaining to V-1 and V-2 on May 30, 2026; and (3) visits to "VSCO.CO" pertaining to V-1 on June 1, 2026, June 8, 2026, June 28, 2026, and July 8, 2026.

14.    During the relevant timeframe, the phone number ending in 9286 was serviced by "Burner," an application made by Ad Hoc Labs that provides "disposable" phone numbers. Records produced by Ad Hoc Labs for the phone number indicated that it was associated with the Google Account and had a date created of July 7, 2026. The IP address on July 7, 2026 (date created) listed an IP address of 35.143.163.31, which is an IP address assigned to the above referenced home where the FBI has observed Gagnon.

15.    On July 19, 2026, V-1 provided the FBI with text messages she reported were received by V-3 from the phone number ending in 6494. These text messages included: (1) "[V-3] I will become a master Hacker and I will hack you"; (2) "[V-3] Im going to hack [V-1] and make her life a living Hell. She gets what she deserves just watch"; (3) "It will take time to become a master hacker although maybe 10 to 15 years . . . Gemini says once you get into someone's phone you have access to everything. Location. Photos esc. It basically becomes your personal phone." The phone number ending in 6494 is subscribed to Gagnon's father. On July

1, 2026, agents conducting surveillance of Gagnon called the phone number ending in 6494 and saw Gagnon answer a cell phone he was carrying. The phone number ending in 6494 is also associated with the Google Account subscribed to Gagnon.

16.     V-1, V-1's father, and V-2 each advised this has caused them substantial emotional distress. They believe some of these messages and comments are threatening and it has caused them much concern. They told the FBI that they are concerned for their own safety.

## CONCLUSION

17.     As set forth above, I respectfully submit that there is probable cause to believe that Gagnon has violated 18 U.S.C. § 2261A(2)(B).

Attested to by the affiant:

Christopher Murphy
Special Agent
Federal Bureau of Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by Teams on August 3, 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge