IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.     1:26-MJ-174 (DJS) |
| | ) | |
| | ) | **Government's Unsealing Application** |
| **v.** | ) | |
| | ) | |
| **ANTHONY GAGNON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The government previously sought sealing of this proceeding because the defendant was still at large and subject of an arrest warrant.  Because the defendant has been arrested and presented in the district of arrest, sealing is no longer required.

Respectfully submitted,

Dated: August 4, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    */s/ Joshua R. Rosenthal*
       Joshua R. Rosenthal
       Assistant United States Attorney
       Bar Roll No. 700730