Query    Reports ▾    Utilities ▾    Help    What's New    Log Out

CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:26-mj-01907-LHP-1

Case title: USA v. Gagnon

Date Filed: 08/04/2026

Date Terminated: 08/05/2026

Assigned to: Magistrate Judge Leslie Hoffman Price

### Defendant (1)

**Anthony Gagnon**
*TERMINATED: 08/05/2026*

represented by **Fabian J. Goffe**
Federal Public Defender Florida Middle
201 S. Orange Ave
Suite 300
Orlando, FL 32801
407-648-6338
Email: fabian_goffe@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2261.F CYBERSTALKING

**Disposition**

DOJ-USAO
Orlando Division
400 W Washington Street
Suite 3100
Orlando, FL 32801
407-648-7531
Email: courtney.richardson-jones@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2026 | 1 | Arrest pursuant to Rule 5(c)(2) of Anthony Gagnon from the Northern District of New York. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 8/4/2026 as to Anthony Gagnon from the Northern District of New York. Appearance entered by Fabian J. Goffe for Anthony Gagnon on behalf of defendant. (DIGITAL) (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 4 | NOTICE of Amended Standing Order Regarding Due Process Protections Act, 3:25-mc-22-MMH, Doc 1 as to Anthony Gagnon: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders the United States to do so. Violating the Amended Standing Order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. See Order for details. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 5 | ***CJA 23 Financial Affidavit by Anthony Gagnon. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 6 | ORAL MOTION to Appoint Counsel by Anthony Gagnon. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 7 | **ORDER granting 6 Oral Motion to Appoint Counsel as to Anthony Gagnon (1). The Federal Public Defender is appointed to represent the defendant in this case. in this district. Signed by Magistrate Judge Leslie Hoffman Price on 8/4/2026. (ECJ)** (Entered: 08/04/2026) |
| 08/04/2026 | 8 | WAIVER of Rule 5 & 5.1 Hearings hearing by Anthony Gagnon. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 9 | ORAL MOTION for Release from Custody by USA as to Anthony Gagnon. (ECJ) (Entered: 08/04/2026) |
| 08/04/2026 | 10 | **ENDORSED ORDER granting 9 Oral Motion for Release from Custody as to Anthony Gagnon (1). An Order Setting Conditions of Release to be separately entered. Signed by Magistrate Judge Leslie Hoffman Price on 8/4/2026. (ECJ)** (Entered: 08/04/2026) |

**Query**    Reports ▾    **Utilities** ▾    Help    What's New    Log Out

| | | |
|---|---|---|
| | | 8/4/2026: # 1 Exhibit Sealed Exhibit to Conditions of Release) (ECJ). (Entered: 08/04/2026) |
| 08/05/2026 | 12 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Northern District of New York as to Anthony Gagnon. Signed by Magistrate Judge Leslie Hoffman Price on 8/5/2026. (ECJ)** (Entered: 08/05/2026) |
| 08/05/2026 | | NOTICE to Northern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Anthony Gagnon regarding your case number: 1:26-mj-174. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. A copy of the Order Setting Conditions of Release with the sealed exhibit will be sent via U.S. Mail. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (ECJ) (Entered: 08/05/2026) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO:** | 6:26-mj-1907-LHP | **DATE:** | **August 4, 2026** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTHONY GAGNON** | | **LANGUAGE:** | |
| | | **ASSISTANT U.S. ATTORNEY:**<br>**Courtney Richardson-Jones** | |
| | | **DEFENSE COUNSEL:**<br>**Fabian Goffe** | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** 2:20-2:59 | **TOTAL: 39 mins** | **PRETRIAL:** | **Sofia Kollaian** |
| | | **COURTROOM:** | **5D** |

**PROCEEDINGS: INITIAL APPEARANCE**

(✓)  Case called; appearances taken; procedural setting by the Court.

(✓)  The Court inquired of the Defendant regarding competency.

(✓)  The Defendant was advised of Rule 5c rights.

(✓)  Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓)  Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓)  The Defendant was advised of the charge(s) and penalties in the charging document.

(✓)  No issues as to identity.

(✓)  Oral motion by the Government for ( ) Detention (✓) Release

(✓)  The Court granted the ( ) oral motion for detention (✓) for release. Order entered.

(✓)  Order of Removal entered.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.:  6:26-mj-01907-LHP

ANTHONY GAGNON

_____/

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case in this district.  The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on August 4, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATE MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1907**

**ANTHONY GAGNON**

**Charging District's**
**Case No: 1:26-mj-174**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **ANTHONY GAGNON,** understand that I have been charged in the Southern District of Florida.

I have been informed of the charges and of my rights to:

    (1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2)    an identity hearing to determine whether I am the person named in the charges;

    (3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

    (4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;

    (5)    a hearing on any motion by the government for detention;

    (6)    request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

    ☐    an identity hearing

    ☐    a preliminary hearing

    ☐    a detention hearing

    ☑    an identity hearing, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

August 4, 2026

_____
Defendant's Signature

_____
Signature of defendant's attorney

FABIAN GOFFE
_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                      **Case No. 6:26-mj-1907**

**ANTHONY GAGNON**

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States District Court where the charges are pending, or the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice.

(5) The defendant **must report** as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the defendant and the safety of any person and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

X Defendant shall be subject to Pretrial Services supervision and shall report as directed by the Pretrial Services Office.

X Defendant shall reside at _2743 Star Coral Lane New Smyrna Beach_ and do not change place of residence without advanced approval from Pretrial Services. _FL 32168_

X Defendant shall refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.

_____ Defendant shall refrain from the excessive use of alcohol.

_____ Defendant shall refrain from the use of alcohol.

X Defendant shall surrender any passport:

_____ immediately to the Clerk, U.S. District Court; or

X to Clerk, U.S. District Court, by 4:00 p.m. on _August 5, 2026_.

X Defendant shall not obtain a passport or travel documents.

_____ Defendant's travel and residence restricted to the Middle District of Florida.

X Defendant's travel restricted to: _Middle District of FL & Northern District of New York for Court purposes only._

_____ Defendant shall execute an appearance bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

_____ Defendant shall execute an agreement to forfeit property to secure the following property: _____

_____

_____ The bond shall be co-signed by_____

_____ Defendant shall provide a corporate surety bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

_____ Defendant shall be placed in the custody of _____,
who shall act as a third-party custodian in this case and who agrees to the following:

(a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____

_____ Defendant shall maintain, actively seek, or commence:

_____ legitimate, verifiable employment

_____ an education program

**X** Defendant shall participate in a psychiatric and mental health assessment, evaluation, and treatment, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services.

**X** Defendant must refrain from any use or possession of a narcotic drug or other controlled substances listed in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner

**X** Defendant shall participate in a program of inpatient or outpatient substance abuse testing, education, and treatment if deemed advisable by Pretrial Services and pay a percentage of the fee, as determined by Pretrial Services.

**X** Defendant shall submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing.

**X** Defendant shall refrain from any direct or indirect contact with any victim, witness, or the family of any victim or witness, including specifically: _____
_identified on Exhibit A (sealed)_

_____ Defendant shall not possess any identification documents and/or access devices in any name other than the defendant's own.

3

__X__ Defendant shall participate in the Location Monitoring program and abide by all the rules of the program and will pay all or part of the costs of the program as directed by Pretrial Services:

_____ Curfew: You are restricted to your residence every day from:_____to _____or as directed by the Pretrial Services Office.

_____ Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

__X__ Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Office.

Location Monitoring will be performed:

__X__ using GPS monitoring equipment.

_____ using electronic monitoring equipment or other location verification system, at the discretion of Pretrial Services.

_____ Defendant shall not have any contact with minors without a responsible adult present.

_____ Defendant shall not have any contact with minors.

_____ Defendant's residence shall not contain:

_____ Internet service accessible from inside the residence.

_____ Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console).

_____ Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage).

_____ Encrypted data, or any device capable of encrypting data.

4

__X__ Defendant shall not use or possess:

    __X__ Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, the defendant's places of employment, educational facilities, or any other third-party locations.

    _____ Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage).

    __X__ Encrypted data, or any device capable of encrypting data.

_____ Defendant may use an electronic device and access the Internet at work solely for work-related purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the electronic device to confirm adherence to this condition. You must inform your employer and any other third party that this condition, including the inspection provision. Pretrial Services must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

The following additional conditions also apply: all devices capable of connecting to the internet and the internet service itself shall be password protected by 5:00pm Wednesday August 5, 2026 and no access or passwords shall be provided to Defendant.

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

2473 Star Coral lane
_____
Address

New Smyrna beach Flordia
_____
City and State                                    Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

__X__ The defendant is **ORDERED** released after processing.

_____ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___8/4___, _26_

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Pretrial Services Office
United States Marshals Service
Counsel of Record
Defendant

7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1907**

**ANTHONY GAGNON**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

ANTHONY GAGNON, having been arrested and presented before me for removal proceedings

pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified

in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from the Northern District of New York was held on August 4, 2026.

Based on the defendant's waiver of identity hearing, I find that ANTHONY GAGNON is the person named in the warrant for arrest, a copy of which has been produced.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on August 5, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record