# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

**Syracuse, NY**

**4 Clinton Square**
**3RD FLOOR**
**SYRACUSE, NY 13202**
**(315) 701-0080**
**(315) 701-0081 FAX**

**Eric Schillinger,**
**Federal Public Defender**

**Albany, NY**

**54 State Street**
**Suite 310**
**ALBANY, NY 12207**
**(518) 436-1850**
**(518) 436-1780 FAX**

**Emma Reynolds,**
**First Assistant**

September 8, 2026

Hon. Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

**Re: United States v. Anthony Gagnon**
**Case No. 1:26-mj-174-DJS**
**Motion to Withdraw as Counsel Due to Conflict**

Dear Judge Stewart:

I previously moved Your Honor to appoint my office to represent Mr. Gagnon prior to his initial appearance in our district given the unique circumstances of his Rule 5 appearance in the Middle District of Florida and release there.[1] After Your Honor granted that appointment, the United States provided initial discovery to my office. Upon review of that discovery, I have determined that the Federal Public Defender has an irreconcilable conflict in representing Mr. Gagnon in his criminal case. Given this newly discovered information, which the United States was also not aware of, I am now moving to withdraw as Mr. Gagnon's counsel and asking the Court to appoint him new counsel from the Criminal Justice Act panel.[2]

[1] *See* ECF 12, 13, and 15.
[2] Counsel has spoken with Your Honor's staff, who have advised they have already identified a CJA attorney who is willing and available to take the case.

Should Your Honor need any additional information, I am happy to provide it. However, given the existence of the conflict that precludes my office from representing Mr. Gagnon, I am asking the Court to enter an order granting our withdrawal as counsel and to separately appoint new counsel for Mr. Gagnon from the CJA panel.

I thank the Court for its consideration.

Very truly yours,

*/s/Paul E. Shelton*

Paul E. Shelton
Assistant Federal Public Defender

cc: AUSA Joshua Rosenthal

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA Joshua Rosenthal

*/s/Paul E. Shelton*
Paul E. Shelton, Esq.
Assistant Federal Public Defender
Bar Roll No. 706112
54 State Street, Suite 310
Albany, New York 12207
Telephone: (518) 436-1850
Fax: (518) 436-1780
E-mail: paul_shelton@fd.org