UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 1:26-MJ-174 DJS

ANTHONY GAGNON,

Defendant.

**DANIEL J. STEWART**
**U.S. MAGISTRATE JUDGE**

**ORDER MODIFYING**
**CONDITIONS OF RELEASE**

In regard to the above-named Defendant, the Order Setting Conditions of Release issued on 8/4/2026 in the Middle District of Florid and adopted by the Northern District of New York on 9/11/2026 are hereby modified, and

the following conditions are **removed**:

> Defendant shall participate in the Location Monitoring program and abide by all the rules of the program and will pay all or part of the costs of the program as directed by Pretrial Services:
>
> > Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services Office.

The following conditions are **added**:

> Home Detention: The defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or the Court.

All other conditions of release previously set are adopted by this Court and remain in full force and effect.

**IT IS SO ORDERED.**

**DATED: 9/18/2026**

Daniel J. Stewart
U.S. Magistrate Judge