The Law office of
**Eric J. Gorman, Esq.**
- Attorney at Law -

430 Franklin Street
Second Floor
Schenectady, New York 12305
518.384.4883
eric@ericgormanlaw.com

October 27, 2026

Hon. Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
4th Floor
Albany, New York 12207

Re: United States v. Andrew Gagnon
Case No. 1:26-mj-00174-DJS

Dear Judge Stewart,

I am writing to you today to request a modification of Mr. Gagnon's Conditions of Release to allow Mr. Gagnon to use and possess an electronic device capable of connecting to the internet for the limited purpose of applying and interviewing for employment, and also while at work, solely for work-related purposes, should he secure employment. I have spoken with his supervisor, Sonya Williams, U.S. Pretrial Services – Orlando, and it is my understanding she supports such a modification. She may be reached at 407.429.8649 or sonya_william@flmpt.uscourts.gov for confirmation.

Thank you for your time and attention in this matter.

Sincerely,

Eric J. Gorman, Esq.
Bar Roll # 706538
The Law Office of Eric J. Gorman, Esq.
430 Franklin Street

Second Floor
Schenectady, New York 12305
518.384.4883
eric@ericgormanlaw.com

cc: AUSA Joshua Rosenthal – via ECF